UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK A. WARD,<br><br>Plaintiff,<br><br>v.<br><br>PETER E. MALONEY, Plan Administrator,<br><br>(SERVE UPON: Attention: Secretary LIN Television Corp. One Richmond Square, Suite 230E Providence, RI 02906)<br><br>Defendant. | CA 05 093 T<br>CIVIL ACTION No.: |

**COMPLAINT**

PLAINTIFF, MARK A. WARD, ALLEGES THAT:

1. THIS ACTION ARISES UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 (29 USC § 1001 et seq.), REFERRED TO BELOW AS THE ACT. THIS COURT HAS JURISDICTION UNDER 29 USC § 1132(e).

2. THE LIN TELEVISION CORPORATION RETIREMENT PLAN HAS, AT ALL TIMES MATERIAL IN THIS ACTION, BEEN A PENSION PLAN WITHIN THE MEANING OF § 4(a)(2) OF THE ACT (29 USC § 1003(a)(2).

3. AT ALL TIMES MATERIAL IN THIS ACTION, DEFENDANT PETER E. MALONEY ("MALONEY") HAS BEEN THE ADMINISTRATOR OF THE LIN TELEVISION CORPORATION RETIREMENT PLAN.

SCANNED

(1)

4. AT ALL TIMES MATERIAL IN THIS ACTION, THE LIN TELEVISION CORPORATION RETIREMENT PLAN HAS MAINTAINED ITS OFFICES AND PRINCIPAL PLACE OF BUSINESS AT ONE RICHMOND SQUARE, SUITE 230E, IN THE CITY OF PROVIDENCE, COUNTY OF PROVIDENCE, STATE OF RHODE ISLAND.

5. PLAINTIFF IS A PARTICIPANT IN THE LIN TELEVISION CORPORATION RETIREMENT PLAN WITHIN THE MEANING OF § 3(7) OF THE ACT (29 USC § 1002(7)).

6. ON NOVEMBER 26, 2004, PLAINTIFF SENT A WRITTEN REQUEST TO PETER E. MALONEY FOR A COPY OF THE LIN TELEVISION CORPORATION RETIREMENT PLAN'S SUMMARY OF MATERIAL MODIFICATIONS NOTIFYING PLAN PARTICIPANTS OF AN <u>AMENDMENT</u> TO THE PLAN THAT LIMIT DISABILITY RETIREMENT BENEFITS TO EMPLOYEES ACTIVELY WORKING FOR THE COMPANY AT THE TIME OF DISABILITY. A COPY OF THE WRITTEN REQUEST TO DEFENDANT IS ATTACHED AS **EXHIBIT A.**

7. DEFENDANT HAS FAILED TO PROVIDE A VALID RESPONSE TO PLAINTIFF'S WRITTEN REQUEST FOR A PERIOD OF MORE THAN THIRTY (30) DAYS AND HAS THUS VIOLATED §§ 104(b)(4) AND 502(c) OF THE ACT (29 USC § 1024(b)(4), 1132(c)).

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT THAT:

a. DEFENDANT BE REQUIRED TO FURNISH THE PLAINTIFF WITH A COPY OF ALL MATERIALS REQUESTED BY PLAINTIFF;

b. THE COURT INVOKE THE PROVISIONS OF § 502(c) OF THE ACT (29 USC § 1132(c)) BY REQUIRING MALONEY TO PAY PLAINTIFF $110 A DAY COMMENCING THIRTY (30) DAYS AFTER THE WRITTEN REQUEST WAS MADE;

c. THE COURT IMPOSE SUCH OTHER PENALTIES ON DEFENDANT AS IT MAY DEEM APPROPRIATE AS A DETERRENT TO SIMILAR FAILURES OR REFUSALS TO COMPLY WITH THE ACT IN THE FUTURE; AND

d. THE COURT ALLOW REASONABLE ATTORNEY'S FEES AND COSTS OF THIS ACTION.

DATED: February 25, 2005.

Mark A. Ward, pro se

Mark A. Ward
170 Summit Street, #21
Rural Hall, NC 27045
Ph. & Fax (336) 969-4139

Mark A. Ward
170 Summitt Street, #21
Rural Hall, NC 27045
Ph. & Fax (336) 969-4139

November 26, 2004

Via Certified Mail # 7003 2260 0002 5356 1242

Peter E. Maloney, Plan Administrator
LIN Television Corporation
One Richmond Square, Suite 230E
Providence, RI 02906

Dear Mr. Maloney:

Pursuant to the ERISA Act, Section 104, please provide me with a copy of the **SUMMARY OF MATERIAL MODIFICATIONS** notifying Plan Participants of an amendment to the plan that limit disability retirement benefits to employees actively working for the company at the time of disability.

Thank you for your assistance.

Very truly yours,

Mark A. Ward

Mark A. Ward

EXHIBIT
A