UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,

Plaintiff,

v. CA No. 05 093T

PETER E. MALONEY, Plan Administrator,

Defendant.

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF, MARK A. WARD ("WARD"), PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56, MOVES THIS COURT FOR SUMMARY JUDGMENT. THE GROUNDS FOR THIS MOTION ARE AS FOLLOWS.

1. PLAINTIFF IS A PARTICIPANT IN THE LIN TELEVISION CORPORATION RETIREMENT PLAN, A PLAN COVERED UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA), 29 U.S.C. § 1001 et. seq.

2. IN NOVEMBER OF 2004, PLAINTIFF REQUESTED INFORMATION FROM PETER E. MALONEY ("MALONEY"), THE PLAN ADMINISTRATOR OF THE PLAN.

3. THE INFORMATION PLAINTIFF REQUESTED FROM MALONEY WAS INFORMATION THAT WAS REQUIRED TO BE FURNISHED UNDER ERISA.

4. THE UNDISPUTED EVIDENCE SHOWS THAT MALONEY FAILED TO PROVIDE WITHIN THE STATUTORY 30-DAY PERIOD, THE REQUESTED INFORMATION REQUIRED TO BE FURNISHED TO PLAINTIFF.

SCANNED

4

5. ON FEBRUARY 28, 2005, PLAINTIFF FILED THIS ACTION FOR NONDISCLOSURE PENALTY UNDER § 1132(c) AS A RESULT OF MALONEY'S FAILURE TO PROVIDE REQUESTED INFORMATION.

6. WARD IS ENTITLED TO SUMMARY JUDGMENT AND AN ORDER REQUIRING MALONEY TO PROVIDE PLAINTIFF WITH THE REQUESTED INFORMATION AND TO PAY PLAINTIFF $110 A DAY COMMENCING THIRTY (30) DAYS AFTER PLAINTIFF'S WRITTEN REQUEST WAS MADE BECAUSE:

a. PLAINTIFF HAS SHOWN THE COURT EVIDENCE THAT AN AFFIRMATIVE REQUEST FOR INFORMATION WAS MADE;

b. THE INFORMATION PLAINTIFF REQUESTED WAS REQUIRED TO BE FURNISHED UNDER ERISA;

c. MALONEY FAILED TO PROVIDE THE REQUESTED INFORMATION EVEN AFTER MULTIPLE REQUESTS WERE MADE;

d. DEFENDANT CANNOT PRESENT ANY EVIDENCE THAT THE INFORMATION IN QUESTION HAS BEEN PROVIDED TO PLAINTIFF WITHIN THE STATUTORY 30-DAY PERIOD OR ANYTIME THEREAFTER.

7. WARD IS ENTITLED TO SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM BECAUSE DEFENDANT HAS FAILED TO PRESENT ANY EVIDENCE TO ESTABLISH AN ESSENTIAL ELEMENT OF A DEFENSE ASSERTED TO PLAINTIFF'S CLAIM AND WARD IS ENTITLED TO JUDGMENT AS A MATTER OF LAW.

WHEREFORE, BASED ON THE ABOVE GROUNDS WHICH ARE MORE FULLY EXPLAINED IN THE ACCOMPANYING MEMORANDUM OF LAW, PLAINTIFF MARK A. WARD RESPECTFULLY REQUEST THAT THIS COURT GRANT HIS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56 AND AWARD ANY OTHER SUCH RELIEF AS THIS COURT MAY DEEM JUST AND PROPER.

DATED: March 26, 2005.

Mark A. Ward, pro se

Mark A. Ward
170 Summit Street, #21
Rural Hall, NC 27045
Ph. & Fax (336) 969-4139

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY THAT I HAVE THIS DAY CAUSED TO BE SERVED A COPY OF THE FOREGOING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT VIA U.S. CERTIFIED MAIL TO THE FOLLOWING PERSON(S):

PETER E. MALONEY, Plan Administrator
LIN TELEVISION CORP.
ONE RICHMOND SQUARE, SUITE 230E
PROVIDENCE, RI 02906

DATED THIS 26th DAY OF MARCH, 2005.

Mark A. Ward