UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,

Plaintiff,

v.

CA No. 05 093T

**PROOF OF SERVICE**

PETER E. MALONEY, Plan Administrator,

Defendant.

**AFFIDAVIT OF MARK A. WARD**

STATE OF NORTH CAROLINA

COUNTY OF FORSYTH

MARK A. WARD, BEING DULY SWORN, DEPOSES AND STATES:

1. MY NAME IS MARK A. WARD. I AM FULLY COMPETENT TO MAKE THIS AFFIDAVIT AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED IN THIS AFFIDAVIT. TO MY KNOWLEDGE, ALL OF THE FACTS STATED IN THIS AFFIDAVIT ARE TRUE AND CORRECT.

2. I MAKE THIS AFFIDAVIT AS PROOF THAT THE SUMMONS AND COMPLAINT WERE DULY SERVED IN THIS ACTION.

3. ON MARCH 15, 2005, I SERVED THE SUMMONS AND COMPLAINT IN THE ABOVE-CAPTIONED ACTION ON DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, AS EVIDENCED BY THE ATTACHED, SIGNED RECEIPT, BY CAUSING TRUE AND CORRECT COPIES OF THOSE DOCUMENTS TO BE SERVED

5

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED, TO ATTENTION: SECRETARY, AN AGENT AUTHORIZED TO RECEIVE SERVICE OF PROCESS WITHIN THE MEANING OF RULE 4(h)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND AN AGENT AUTHORIZED TO RECEIVE SERVICE OF PROCESS UNDER THE LAWS OF THE STATE OF RHODE ISLAND. I MAILED THE COPY OF THE SUMMONS AND COMPLAINT TO ATTENTION: SECRETARY, AT LIN TELEVISION CORPORATION, ONE RICHMOND SQUARE, SUITE 230E, PROVIDENCE, RHODE ISLAND 02906.

I SIGNED THIS AFFIDAVIT ON March 23, 2005 AT WINSTON-SALEM, NORTH CAROLINA.

Mark A. Ward
MARK A. WARD, AFFIANT

SWORN TO AND SUBSCRIBED BEFORE

ME THIS 23rd DAY OF March, 2005.

Mona G Hawks
NOTARY PUBLIC

MY COMMISSION EXPIRES: 5/26/09

OFFICIAL SEAL
Notary Public, North Carolina
COUNTY OF FORSYTH
MONA G. HAWKS
My Commission Expires 5-26-09

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

MARK A. WARD,

Plaintiff,

V.

PETER E. MALONEY,
Plan Administrator,

Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: [illegible] 05 093 T

TO: (Name and address of Defendant)

PETER E. MALONEY

(Serve Upon: ATTENTION: SECRETARY
LIN TELEVISION CORPORATION
ONE RICHMOND SQUARE,
SUITE 230E
PROVIDENCE, RI 02906)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARK A. WARD (pro se)
170 SUMMIT STREET, #21
RURAL HALL, NC 27045

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

3-7-05

DATE