# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK A. WARD,<br>Plaintiff,<br><br>v.<br><br>PETER E. MALONEY, PLAN ADMINISTRATOR,<br>Defendant. | C.A. No. 05-093 T |

## ANSWER

NOW COMES Defendant, Peter E. Maloney, Plan Administrator, by counsel, and for his Answer to Plaintiff's Complaint states as follows:

1. Defendant admits the allegations of Paragraph 1 of the Complaint.

2. Defendant admits that the LIN Television Corporation Retirement Plan is governed by ERISA.

3. Defendant admits the allegations of Paragraph 3 of the Complaint.

4. Defendant admits the allegations of Paragraph 4 of the Complaint.

5. Defendant admits the allegations of Paragraph 5 of the Complaint.

6. Defendant admits that Plaintiff sent a written request to Peter Maloney for a copy of the LIN Television Corporation Retirement Plan's Summary of Material Modifications. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation that a written request was sent on November 26, 2004, and therefore denies it.

7. Defendant denies the allegations of Paragraph 7 of the Complaint.

6

## PRAYER FOR RELIEF

1. Defendant denies that Plaintiff is entitled to any of the relief demanded in the Prayer for Relief.

2. Defendant denies that Plaintiff is entitled to any of the equitable relief demanded in the Prayer for Relief.

## AFFIRMATIVE AND OTHER DEFENSES

1. In further answer to Plaintiff's Complaint, Defendant asserts the following defenses:

2. The Complaint fails to state a claim upon which relief can be granted.

3. Any allegations contained in Plaintiff's Complaint that are not expressly admitted above are hereby denied.

4. Defendant denies that it is liable to Plaintiff in any amount, for any amount, for any reason.

5. Plaintiff's claim for relief is barred, in whole or in part, by the applicable statutes of limitations.

6. Defendant has complied with all applicable requirements of ERISA.

7. Plaintiff's claim should be dismissed for failure to meet the jurisdictional or administrative or other prerequisites or conditions precedent for maintaining this lawsuit.

8. Defendant reserves the right to assert additional affirmative defenses as new information is obtained through discovery and trial of this case.

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

WILLCOX & SAVAGE, P.C.

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 1st day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

792810_1/1095-9

FILED