**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARK A. WARD,
Plaintiff,

v.

PETER E. MALONEY, PLAN ADMINISTRATOR,
Defendant.

C.A. No. 05-093 T

**MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, FOR LEAVE TO EXCEED PAGE LIMIT**

Now comes defendant Peter E. Maloney, Plan Administrator ("Maloney") and moves this Honorable Court for leave to attach and file exhibits in excess of five (5) pages along with its Motion to Transfer against the plaintiff in the above-captioned action. Maloney seeks to exceed the page limit because Maloney believes that such exhibits will aid the Court in ruling on the motion.

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

7

Of Counsel:

WILLCOX & SAVAGE, P.C.

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, FOR LEAVE TO EXCEED PAGE LIMIT was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 4th day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

792975_1/1095-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK A. WARD,<br>Plaintiff,<br><br>v.<br><br>PETER E. MALONEY, PLAN ADMINISTRATOR,<br>Defendant. | C.A. No. 05-093 T |

## [PROPOSED] ORDER

On consideration of Defendant Peter E. Maloney, Plan Administrator's Motion for Leave to Exceed Page Limit, Defendant's motion is hereby GRANTED.

Defendant may attach five exhibits totaling 27 pages to his Motion to Transfer.

ENTERED as an Order of this Court this _____ day of April, 2005

ENTER: PER ORDER

________________________________ ________________________________

793070_1/1095-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,
Plaintiff,

v.

PETER E. MALONEY, PLAN ADMINISTRATOR,
Defendant.

C.A. No. 05-093 T

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, FOR LEAVE TO EXCEED PAGE LIMIT

Defendant Peter Maloney, Plan Administrator, moves this Court for permission to exceed the page limitation on the filing of exhibits. In support, Defendant states as follows:

Defendant intends to move for an order transferring this ERISA action to the United District Court for the Middle District of North Carolina pursuant to 28 U.S.C. § 1404(a). In support of the motion, Defendant wishes to attach five exhibits totaling 27 pages. The exhibits are pleadings and court rulings relating to prior ERISA suits brought by the same plaintiff against the same defendant, which were handled by the Middle District of North Carolina. Defendant believes that these exhibits will assist the Court in its consideration of a motion to transfer

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200 / (401) 861-8210 FAX

Of Counsel:

WILLCOX & SAVAGE, P.C.

William M. Furr /RICT

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, FOR LEAVE TO EXCEED PAGE LIMIT was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 4th day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

793064_1/1095-9

FILED