# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,
Plaintiff,

v.

PETER E. MALONEY, PLAN ADMINISTRATOR,
Defendant.

C.A. No. 05-093 T

## MOTION OF DEFENDANT PETER E. MALONEY TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Peter E. Maloney, Plan Administrator, moves this Honorable Court for an order tolling the time to file a response to Plaintiff's Motion for Summary Judgment until after a preliminary conference can be held. The grounds for the motion are set out in the accompanying Memorandum of Law.

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

9

Of Counsel:

WILLCOX & SAVAGE, P.C.

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, TO TOLL THE TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 12th day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

794567_1/1095-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK A. WARD,<br>Plaintiff,<br><br>v.<br><br>PETER E. MALONEY, PLAN ADMINISTRATOR,<br>Defendant. | C.A. No. 05-093 T |

## [PROPOSED] ORDER

On consideration of Defendant Peter E. Maloney, Plan Administrator's Motion to Toll the Time to Respond to Plaintiff's Motion for Summary Judgment, Defendant's Motion is hereby GRANTED.

Defendant shall have until after a preliminary conference in this matter is held to respond to Plaintiff's Motion for Summary Judgment.

ENTERED as an Order of this Court this _____ day of April, 2005

ENTER: PER ORDER

______________________________ ______________________________

794572_1/1095-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,
Plaintiff,

v.

PETER E. MALONEY, PLAN ADMINISTRATOR,
Defendant.

C.A. No. 05-093 T

## MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANT PETER E. MALONEY TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Peter E. Maloney, Plan Administrator ("Defendant"), through counsel, moves this Honorable Court for an order tolling the time to file a response to Plaintiff's Motion for Summary Judgment until after a preliminary conference can be held.

## Background Facts

Plaintiff was a participant in the LIN Television Corp. Retirement Plan, a covered plan under the Employee Retirement Income Security Act (ERISA) 29 U.S.C. § 1001 *et seq.* Defendant Peter Maloney ("Maloney") is the Plan Administrator. Plaintiff currently resides in Rural Hall, North Carolina within the Middle District of North Carolina.

In January 2001, Plaintiff applied for early retirement benefits under the Plan, alleging that he was totally disabled and entitled to receive his retirement benefits early under the disability retirement provision of the Plan. Defendant denied Plaintiff benefits by letter dated January 22, 2002 because he failed to present sufficient evidence that he was disabled.

Plaintiff filed a lawsuit in the Middle District of North Carolina seeking early retirement benefits. On June 15, 2004, the United States District Court for the Middle District of

North Carolina granted Maloney's Motion for Summary Judgment. On November 9, 2004, the U.S. Court of Appeals for the Fourth Circuit affirmed the lower court's ruling.

Plaintiff filed a second action on September 10, 2003, in Rhode Island federal court, alleging that Maloney breached his fiduciary duties. *Mark A. Ward v. Peter E. Maloney, Plan Administrator*, CA No. 03-416 T. In his Complaint for breach of fiduciary duty, Plaintiff sought the same relief based on the same allegations as his first claim. This Court transferred the second action to the Middle District of North Carolina. The second action is currently pending in that court.

Plaintiff filed this third action on February 28, 2005, alleging that Maloney failed to provide Plaintiff with a copy of the LIN Television Corporation Retirement Plan's summary of material modifications. Defendant denies this allegation.

Because Plaintiff's Complaint arises out of the same allegations supporting the action already pending in the Middle District of North Carolina, the two actions should be consolidated in the interests of judicial economy. Defendant Maloney has prepared a motion to transfer, but has deferred filing that motion pending the Court's order on his motion for leave to exceed page limits on attachments, filed April 4, 2005.

**Discussion**

Plaintiff served his Motion for Summary Judgment on March 26, 2005, even before Defendant filed his answer to the complaint. Neither party has propounded any discovery. Tolling the deadline for Defendant to respond to summary judgment at this very early stage of the proceedings will not prejudice the Plaintiff, and will allow the Court to address Defendant's motion to transfer this case to the Northern District of North Carolina, which has handled prior related litigation between these parties. If this case is going to be transferred, summary judgment motions should be addressed to the court in North Carolina.

**Conclusion**

For all of the foregoing reasons, Defendant Maloney requests that his motion to toll the time to respond to Plaintiff's summary judgment motion be granted.

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

Of Counsel:

WILLCOX & SAVAGE, P.C.

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, TO TOLL THE TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 12th day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

794565_1/1095-9