UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,

Plaintiff,

v. CA No. 05 093T

PETER E. MALONEY, Plan Administrator,

Defendant.

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TOLL TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF MARK A. WARD OPPOSES DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. DEFENDANT'S MOTION IS NOTHING MORE THAN A DELAY TACTIC AND DEFENDANT'S MOTION SHOULD BE DENIED. THE REASONS DEFENDANT'S MOTION SHOULD BE DENIED ARE FURTHER SET OUT IN THE ACCOMPANYING MEMORANDUM OF LAW.

DATED: April 15, 2005.

Mark A. Ward, pro se

Mark A. Ward
170 Summit Street, #21
Rural Hall, NC 27045
Ph. & Fax (336) 969-4139

11

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2005, a true copy of the foregoing was mailed first class, postage prepaid, to:

Robert K. Taylor
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Mark A. Ward



FILED