# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK A. WARD,
Plaintiff,

v.

PETER E. MALONEY, PLAN ADMINISTRATOR,
Defendant.

C.A. No. 05-093 T

**MOTION OF DEFENDANT PETER E. MALONEY TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Peter E. Maloney, Plan Administrator, moves this Honorable Court for an order tolling the time to file a response to Plaintiff's Motion for Summary Judgment until after a preliminary conference can be held. The grounds for the motion are set out in the accompanying Memorandum of Law.

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

GRANTED. Time is extended until 30 days after the motion to transfer has been decided.

Ernest C. Torres, Chief Judge
4/19/05

12

Of Counsel:

WILLCOX & SAVAGE, P.C.

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION OF DEFENDANT PETER E. MALONEY, PLAN ADMINISTRATOR, TO TOLL THE TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 12th day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

794567_1/1095-9

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK A. WARD,<br>Plaintiff,<br><br>v.<br><br>PETER E. MALONEY, PLAN ADMINISTRATOR,<br>Defendant. | C.A. No. 05-093 T |

## [PROPOSED] **ORDER**

On consideration of Defendant Peter E. Maloney, Plan Administrator's Motion to Toll the Time to Respond to Plaintiff's Motion for Summary Judgment, Defendant's Motion is hereby GRANTED.

Defendant shall have until after a preliminary conference in this matter is held to respond to Plaintiff's Motion for Summary Judgment.

ENTERED as an Order of this Court this _____ day of April, 2005

ENTER: PER ORDER

_________________________ _________________________

794572_1/1095-9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,

Plaintiff,

v. CA No. 05 093T

PETER E. MALONEY, Plan Administrator,

Defendant.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF MARK A. WARD OPPOSES DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS FOLLOWS:

**ARGUMENT**

**I. DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS BROUGHT FOR THE EXPRESS PURPOSE TO SECURE DELAY IN PROCEEDINGS.**

PURSUANT TO RULE 12(a)(2) OF THE RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, "FOR GOOD CAUSE, THE COURT MAY EXTEND THE TIME TO SERVE AND FILE A RESPONSE TO A MOTION AND SUPPORTING MEMORANDUM OF LAW,..." DEFENDANT FAILS TO ESTABLISH GOOD CAUSE TO HAVE THIS COURT DELAY PROCEEDINGS.

DEFENDANT FILED HIS MOTION TWO (2) DAYS BEFORE DEFENDANT'S DUE DATE HE WISHES TO POSTPONE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. DEFENDANT, REPRESENTED AT ANYTIME BY UP TO FOUR (4) ATTORNEYS HAD AMPLE TIME TO FILE THIS DILATORY MOTION

EARLIER. DEFENDANT'S FAILURE TO FILE HIS MOTION AT THE EARLIEST PRACTICAL DATE ESTABLISHES HIS IMPROPER INTENT. DEFENDANT'S MOTION REQUESTS THAT THE COURT DELAY PROCEEDINGS TO ADDRESS DEFENDANT'S NOT YET FILED DILATORY MOTION TO TRANSFER. DEFENDANT'S REQUEST TO DELAY PROCEEDINGS IS BASED ON MALONEY'S HOPES THAT HIS DILATORY MOTION NOT FILED YET WILL BE GRANTED.[1] See DEFENDANT'S MEMORANDUM, p. 2, Discussion, ¶ 1:

> **If** this case is going to be transferred, summary judgment motions should be addressed to the court in North Carolina.

BECAUSE THIS IS THE SOLE BASIS FOR DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MALONEY'S MOTION SHOULD BE DENIED.

## II. DEFENDANT HAS ABSOLUTELY NO VALID DEFENSE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.

AS EVIDENCED BY THE SUMMARY JUDGMENT RECORD, DEFENDANT HAS ABSOLUTELY NO DEFENSE TO OFFER AGAINST PLAINTIFF'S CLAIM. DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND ONLY SEEKS TO PROLONG THIS COURT'S PROCEEDINGS AND IF DEFENDANT'S MOTION TO TRANSFER IS GRANTED, DEFENDANT HOPES TO DELAY PROCEEDINGS FURTHER.

THE DISTRICT COURT IN THE MIDDLE DISTRICT OF NORTH CAROLINA

---

[1] Plaintiff should not be punished for Defendant's assumption that his request to transfer will be granted.

ALREADY HAS AN OVERTAXED DOCKET. PLAINTIFF'S ACTION FOR BENEFITS WRONGLY DENIED BY MALONEY WAS FILED IN THE MIDDLE DISTRICT OF NORTH CAROLINA ("MDNC"). DEFENDANT, WITH FULL KNOWLEDGE THAT THE MDNC WAS OVERTAXED, ON JUNE 19, 2002, **EXHIBIT A**, THEN FILED A MOTION TO TRANSFER PLAINTIFF'S ACTION TO ALTERNATE DISTRICTS, ONE BEING THE DISTRICT OF RHODE ISLAND. THE MDNC, OVERTAXED, MADE A RULING ON DEFENDANT'S MOTION NINE (9) MONTHS LATER, IN WHICH DEFENDANT'S MOTION WAS DENIED, **EXHIBIT B.** DEFENDANT'S INTENTIONS ARE TO HAVE PLAINTIFF'S ACTION TRANSFERRED TO A DISTRICT IN WHICH DELAY WILL BE SECURED.

**III. DEFENDANT'S MOTION TO TOLL THE TIME TO RESPOND SHOULD BE DENIED BECAUSE HE FAILS TO OFFER ANY JUSTIFICATION FOR DELAYING THIS COURT'S PROCEEDINGS.**

PLAINTIFF'S ACTION IN THIS COURT FOR PENALTY FOR FAILURE TO PROVIDE INFORMATION HAS ABSOLUTELY NOTHING TO DO WITH THE ACTION PENDING IN THE MIDDLE DISTRICT OF NORTH CAROLINA, (WHICH WAS TRANSFERRED FROM THIS COURT TO THE MDNC) IN WHICH PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT HAS BEEN PENDING BEFORE THE COURT FOR OVER A YEAR WITH NO DECISION AS OF YET. **EXHIBITS C & D.**

DEFENDANT'S DILATORY MOTION TO TOLL THE TIME TO RESPOND IS BROUGHT BECAUSE DEFENDANT HAS ABSOLUTELY NO VALID DEFENSE AGAINST PLAINTIFF'S CLAIMS AS EVIDENCED BY THE SUMMARY JUDGMENT RECORD, THEREFORE, THE ONLY OPTION AVAILABLE TO DEFENDANT IS ATTEMPTS TO DELAY PROCEEDINGS.

PLAINTIFF'S ACTION WAS BROUGHT IN THE PROPER VENUE (THE DISTRICT OF RHODE ISLAND) UNDER 29 U.S.C. § 1132(e). DEFENDANT

HAS NO VALID GROUNDS TO OBTAIN AN ORDER TRANSFERRING PLAINTIFF'S ACTION TO THE MIDDLE DISTRICT OF NORTH CAROLINA, A COURT WITH AN ALREADY OVERTAXED DOCKET.

## CONCLUSION

DEFENDANT HAS NOT SHOWN THIS COURT ANY VALID JUSTIFICATION FOR AN ORDER TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. MALONEY'S MOTION IS NOTHING MORE THAN A STALLING TACTIC DESIGNED TO ALLOW HIM TO PROLONG THIS COURT'S PROCEEDINGS IN AN EFFORT TO AVOID HAVING TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. ACCORDINGLY, DEFENDANT HAS FAILED TO ESTABLISH GOOD CAUSE FOR AN ORDER GRANTING HIS MOTION TO TOLL THE TIME TO RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT MOTION AND MALONEY'S MOTION SHOULD BE DENIED.

DATED: April 15, 2005.

Mark A. Ward, pro se

Mark A. Ward
170 Summit Street, #21
Rural Hall, NC 27045
Ph. & Fax (336) 969-4139

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2005, a true copy of the foregoing was mailed first class, postage prepaid, to:

Robert K. Taylor
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Mark A. Ward

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:02CV00467

FILED JUN 19 2002 IN THIS OFFICE Clerk U. S. District Court Greensboro, N. C. By

| | | |
|---|---|---|
| MARK A. WARD, Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO DISMISS OR TRANSFER** |
| PETER MALONEY, Plan Administrator, Defendant. | ) | |

Defendant, Peter Maloney, by counsel, moves this Court to dismiss this case for improper venue under Rule 12(b)(3) of the Federal Rules of Civil Procedure, or, in the alternative, to transfer this case to the United States District Court for the Eastern District of Virginia, Norfolk Division, and in support thereof states as follows.

1. Plaintiff filed the instant action in the General Court of Justice, Superior Court Division for Forsyth County, North Carolina on May 13, 2002. Defendant filed a timely Notice of Removal on June 12, 2002, removing the action to this Court under federal question jurisdiction.

2. Plaintiff's Complaint asserts claims under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. § 1001 et seq., because it seeks to recover benefits under an ERISA plan.

EXHIBIT A

15.
ENTERED ON DOCKET
MAR 24 2003
BY: chm
D/cm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARK A. WARD, )
)
Plaintiff, )
)
v. ) 1:02CV00467
)
PETER E. MALONEY, Plan )
Administrator, )
)
Defendant. )

FILED
MAR 21 2003
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By

MEMORANDUM OPINION and ORDER

OSTEEN, District Judge

This matter is now before the court on Defendant Peter E. Maloney's Motion to Dismiss or Transfer[1] for want of proper venue. Also before the court are Plaintiff Mark A. Ward's Application to Proceed in forma pauperis and Motion for Appointment of Counsel. For the reasons set forth below, Defendant's motions will be denied, Plaintiff will be permitted to proceed in forma pauperis, and Plaintiff's Motion for Appointment of Counsel will be denied.

---

[1] For clarity, the court will hereafter treat this motion as two separate but related motions: Defendant's Motion to Dismiss [pleading 2-1] and Defendant's Motion to Transfer [pleading 2-2].

EXHIBIT
B

| | | |
|---|---|---|
| 3/22/04 | 19 | ORDER signed by JUDGE WILLIAM L. OSTEEN that Defendant's motion to transfer and deem timely filed Motion for Judgment on the Pleadings and Memorandum in Support of Motion for Judgment on the Pleadings and in Opposition to Plaintiff's Motion for Summary Judgment is allowed. The clerk of court is directed to remove pleadings 52 and 53 in Ward v. Maloney, 1:02CV467, and file them in Ward v. Maloney, 1:03CV1170, in chronological order. Ccs. dist. [EOD Date 3/22/04] (lks) [Edit date 03/23/04] |
| 3/24/04 | 20 | Letter to Pro Se Party, Re: Right to Respond. Re: Pldg No. 12 Motion for Judgment on the Pleadings (lks) |
| 3/26/04 | 21 | MEMORANDUM IN OPPOSITION by MARK A. WARD to [12-1] motion for Judgment on the Pleadings pursuant to Fed. R. of Civ. P. 12(c) and 12(h)(2) by PETER E. MALONEY (lks) |
| 3/26/04 | 21 | REPLY BRIEF by MARK A. WARD in support of [10-1] Motion for Summary Judgment by MARK A. WARD (lks) |
| 4/8/04 | 22 | REPLY MEMORANDUM by PETER E. MALONEY to response to [12-1] motion for Judgment on the Pleadings pursuant to Fed. R. of Civ. P. 12(c) and 12(h)(2) by PETER E. MALONEY (jw) |
| 4/12/04 | -- | Motion submission: [10-1] motion for Summary Judgment submitted, [12-1] motion for Judgment on the Pleadings pursuant to Fed. R. of Civ. P. 12(c) and 12(h)(2) submitted to Judge Osteen (rw) |
| 6/21/04 | 23 | NOTICE OF JUDGMENT IN COMPANION CASE by PETER E. MALONEY (lks) [Entry date 06/22/04] |



EXHIBIT
C

# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

January 19, 2005

Mr. Mark A. Ward
170 Summit Street
Apt - 21
Rural Hall, NC 27045

**Re: Ward vs. Maloney**
**Case No. 1:03CV1171**

Dear Mr Ward :

In response to your recent letter, we have reviewed your file and have found that the above-entitled action is in line for consideration by the Court along with many others.

When action is taken by this Court, you will be notified.

Sincerely,

JOHN S. BRUBAKER, CLERK

By: Lisa Simmonds
Deputy Clerk

jhc

EXHIBIT
D