# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK A. WARD,<br>Plaintiff<br><br>v.<br><br>PETER E. MALONEY, PLAN ADMINISTRATOR,<br>Defendant | C.A. No. 05-093 T |

## <u>MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE</u>

Defendant Peter E. Maloney, Plan Administrator ("Maloney"), hereby moves that William M. Furr, Esq., be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

ڤ The case involves the following complex area of the law, in which pro hac vice counsel specializes:

<u>X</u> Pro hac vice counsel's long-standing representation of the client:

ڤ The local trial bar lacks experience in the field of:

ڤ The case involves complex legal questions under the law of a foreign jurisdiction with which counsel is familiar, specifically:

ڤ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:

ڤ It is a criminal case and pro hac vice counsel is defendant's counsel of choice.

ڤ Other:

1-640755.1
5/4/2005

/6

PETER E. MALONEY, Plan Administrator

By: ______________________________

Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
Local Counsel

DATED: May 6, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member of good standing of the bar of the Commonwealth of: Virginia and the following federal district court bar(s): Eastern and Western Districts of Virginia without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in the district:

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

William M. Furr, Esq.
WILLCOX & SAVAGE
One Commercial Place
Suite 1800
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566 FAX

Local Associate Counsel:
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

---

ORDER: This motion is hereby ____________________.

______________________________
U.S. District Court Judge

Date: May ___, 2005

1-640755.1
5/4/2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE and ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION was mailed by prepaid first class mail and certified mail, return receipt requested, on this 9th day of May, 2005 to:

Mark A. Ward, pro se
170 Summitt Street
No. 21
Rural Hall, NC 27045

______________________________