FILED
APR 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

MARK A. WARD,
Plaintiff,

v.

PETER E. MALONEY, PLAN ADMINISTRATOR,
Defendant.

C.A. No. 05-093 T

**DEFENDANT'S MOTION TO TRANSFER**

Defendant Peter E. Maloney, Plan Administrator, by counsel, moves this Court to transfer this case to the United States District Court for the Middle District of North Carolina pursuant to 28 U.S.C. §§ 1404(a). The grounds for Defendant's motion are set out in the accompanying Memorandum of Law filed herewith.

GRANTED for reasons stated in defendant's memorandum.

Ernest C. Torres

Ernest C. Torres, Chief Judge
5/10/05

PETER E. MALONEY, Plan Administrator

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Robert K. Taylor (#6514)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

17

Of Counsel:

WILLCOX & SAVAGE, P.C.

William M. Furr / EJCT

William M. Furr
1800 Bank of America Center
Norfolk, VA 23510
(757) 628-5500
(757) 628-5566

DATED: April 14, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT'S MOTION TO TRANSFER was sent by certified mail, return receipt requested, and first class mail, postage prepaid, on this 14th day of April, 2005 to:

Mark A. Ward, *Pro Se*
170 Summitt Street
No. 21
Rural Hall, NC 27045

794803_1/1095-9