U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK A. WARD,

Plaintiff,

v. CA No. 05 093T

PETER E. MALONEY, Plan Administrator,

Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO APPEAR AT HEARING ON DEFENDANT'S MOTION TO TRANSFER**

PLAINTIFF MARK A. WARD, SEEKS RELIEF FROM BEING REQUIRED TO APPEAR AT THE HEARING ON DEFENDANT'S MOTION TO TRANSFER OF THIS MATTER SCHEDULED FOR MAY 20, 2005. IN SUPPORT OF HIS MOTION, PLAINTIFF WARD RESPECTFULLY STATES THE FOLLOWING:

1. PLAINTIFF WARD IS A PLAN PARTICIPANT OF A RETIREMENT PLAN GOVERNED UNDER ERISA IN WHICH PLAINTIFF SEEKS PENALTY FOR FAILURE TO DISCLOSE INFORMATION REQUIRED TO BE FURNISHED UNDER ERISA. PLAINTIFF RESIDES IN RURAL HALL, NORTH CAROLINA. ALTHOUGH PLAINTIFF RECOGNIZES THE IMPORTANCE OF PLAINTIFF BEING PRESENT AT THE SCHEDULED HEARING, HE RESPECTFULLY SUGGESTS TO THE COURT THAT HIS APPEARANCE AT THE MAY 20, 2005 HEARING ON DEFENDANT'S MOTION TO TRANSFER WOULD POSE A HARDSHIP ON HIM AS A RESULT OF THE DISTANCE HE WOULD BE REQUIRED TO TRAVEL GIVING PLAINTIFF'S ADVERSE FINANCIAL POSITION.

18

2. PLAINTIFF PROPERLY FILED A MOTION FOR SUMMARY JUDGMENT ON MARCH 28, 2005, AND DEFENDANT HAS NOT AS OF YET FILED A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO THIS COURT'S RULES. INSTEAD, DEFENDANT HAS FILED THREE (3) MOTIONS <u>AFTER</u> PLAINTIFF'S "FIRST FILED" MOTION FOR SUMMARY JUDGMENT.

3. DEFENDANT'S MULTIPLE MOTION FILINGS INSTEAD OF RESPONDING TO PLAINTIFF'S "FIRST FILED" MOTION FOR SUMMARY JUDGMENT STRONGLY SUGGESTS THAT DEFENDANT HAS NO DEFENSE AGAINST PLAINTIFF'S CLAIM AND THAT DEFENDANT'S MULTIPLE MOTION FILINGS INSTEAD OF RESPONDING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS NOTHING MORE THAN ATTEMPTS TO DELAY PROCEEDINGS AND TO PREJUDICE PLAINTIFF. THE ABOVE-DESCRIBED MOTIONS FILED BY DEFENDANT WERE FILED <u>AFTER</u> PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN THE INTEREST OF JUSTICE AND <u>FAIRNESS</u>, DEFENDANT SHOULD BE REQUIRED TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BEFORE PLAINTIFF HAS TO RESPOND TO ANYMORE OF DEFENDANT'S MOTIONS TO INCLUDE PLAINTIFF NOT BEING REQUIRED TO ATTEND A HEARING ON DEFENDANT'S MOTION TO TRANSFER.

4. GIVEN THE SUBSTANTIAL TRAVEL REQUIRED DUE TO PLAINTIFF'S RESIDENCE IN NORTH CAROLINA AND PLAINTIFF'S ADVERSE FINANCIAL POSITION, PLAINTIFF RESPECTFULLY REQUESTS THE COURT TO PROVIDE HIM THIS RELIEF.

WHEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THAT THE COURT GRANT THIS MOTION AND THE COURT GRANT FURTHER RELIEF AS IT DEEMS JUST AND APPROPRIATE.

DATED: May 4, 2005.

DENIED AS MOOT.

Ernest C. Torres

Ernest C. Torres, Chief Judge
10/10/05

Mark A. Ward, pro se

Mark A. Ward
170 Summit Street, #21
Rural Hall, NC 27045
Ph. & Fax (336) 969-4139

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of May, 2005, a true copy of the foregoing was mailed first class, postage prepaid, to:

Robert K. Taylor
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903

Mark A. Ward